DENNIS HURLEY et al., Respondents, v COUNTY OF AL-

BANY, Defendant, and OTIS ELEVATOR COMPANY, Appellant.—

A review of the record reveals that Supreme Court did not abuse its discretion in denying defendant Otis Elevator Company's motion for a protective order *(see, Allen v Crowell-Collier Pub. Co.,* 21 NY2d 403). The order should therefore be affirmed.

Order affirmed, with costs. Kane, J. P., Main, Yesawich, Jr., Levine and Harvey, JJ., concur.